| Fill in this information to identify the case: |
| --- |
| Debtor 1   Daniel Oliver Ward, II |
| Debtor 2 _____<br>(Spouse, if filing) |
| United States Bankruptcy Court for the: _____  District of  MINNESOTA<br>(State) |
| Case number  19-31354 _____ |

## Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    NWL COMPANY, LLC,          Court claim no. (if known)        9-1

**Last four digits** of any number you       XXXXXX5880
use to identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
❈ No
☐ Yes.  Date of the last notice:

**Part 1:**       **Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
| --- | --- | --- | --- | --- |
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses.  Specify: _____ | | (10) | $ 0.00 |
| 11. | Other.  Specify:   Plan Review | 9/10/2019 | (11) | $ $325.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Daniel Oliver Ward, II | Case number (*if known*) | 19-31354 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2:     Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  */s/Karen A. Maxcy*                                          Date    12/31/2019
_____                              _____
Signature

Print:    Karen                    A.                    Maxcy                    Title    Authorized Agent
          First Name          Middle Name          Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number        Street
          Roswell                    GA              30076
          City                      State            ZIP Code

Contact phone      678-321-6965                              Email    Karen.Maxcy@mccalla.com

B 10 (Supplement 2) (12/15)


Case 19-31354    Doc    Filed 01/08/20    Entered 01/08/20 13:38:04    Desc Main
Document    Page 3 of 4    Page 3


# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

**In re:**                                          )
                                                    )   **Case No.** 19-31354
Daniel Oliver Ward, II                              )   **Chapter** 13
                                                    )
                                                    )   **JUDGE:** William J Fisher

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $325.00 |
| | 09/10/2019 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $325.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                    **$325.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11
U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

Bankruptcy Case No.: 19-31354

In Re:                                Chapter:        13
    Daniel Oliver Ward, II          Judge:          William J Fisher

CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Daniel Oliver Ward, II
602 Wheelock Parkway West
St. Paul, MN 55117

Craig W. Andresen                    *(served via ECF Notification)*
Craig W. Andresen Law Office
2001 Killebrew Drive Suite 150
Bloomington, MN 55425

Gregory A. Burrell, Trustee          *(served via ECF Notification)*
100 South Fifth Street
Suite 480
Minneapolis, MN 55402

US Trustee                           *(served via ECF Notification)*
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   1/8/2020    By:   */s/Karen A. Maxcy*
    (date)              Karen A. Maxcy
                            Authorized Agent for NWL Company, LLC